IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chaim Rubenstein,<br><br>Plaintiff,<br><br>vs.<br><br>Weight Loss Products, LLC and<br>Beth Golden<br><br>Defendants. | ) <br> ) <br> ) <br> ) **Case No**: 1:19-cv-03641-NRB <br> ) <br> ) <br> ) <br> ) NOTICE OF VOLUNTARY DISMISSAL <br> ) WITH PREJUDICE <br> ) |

Plaintiff **Chaim Rubinstein**, by counsel and pursuant to Civ.R. 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice, each party to bear its own costs.

**LAW OFFICES OF**
**MARK SCHLACHET**

/s/Mark Schlachet_____
Mark Schlachet
3515 Severn Road
Cleveland, Ohio 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
markschlachet@me.com

*Attorney for Plaintiff*